UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIO GODHIGH,

    Plaintiff,

v.

    Case No. 3:22-cv-482-MMH-PDB

RICKY DIXON, SECRETARY,
FLORIDA DEPARTMENT
OF CORRECTIONS,

    Defendant.

## ORDER

Mario Godhigh, an inmate of the Florida penal system, initiated this action by filing a pro se Petition for Writ of Mandamus (Petition; Doc. 1) with exhibits (Doc. 1-1) on April 28, 2022.[1] Godhigh requests that the Court issue a writ of mandamus against Ricky Dixon, the Secretary of the Florida Department of Corrections (FDOC), because he is responsible for ensuring that FDOC employees perform their duties. See Petition at 2. He asserts that officers confiscated his music tablet because Sergeant Saint and Officer

---

[1] For all pleadings and documents filed in this case, the Court cites to the document and page numbers as assigned by the Court's Electronic Case Filing System.

LaPierrie falsely accused him of altering his tablet with "extra stuff." Id. at 3; Doc. 1-1 at 2-3, 8. As relief, he wants the FDOC to return his tablet to him. Doc. 1-1.

A federal court may issue a mandamus order "to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. The Court lacks jurisdiction to entertain Godhigh's Petition because the FDOC Secretary is not an officer or employee of the United States. See, e.g., Lamar v. 118th Judicial Dist. Court of Tex., 440 F.2d 383, 384 (5th Cir. 1971) ("[F]ederal courts have no general power to issue writs of mandamus to direct state courts and their judicial officers in the performance of their duties."); Lawrence v. Miami-Dade Cnty. State Att'y Office, 272 F. App'x 781, 781 (11th Cir. 2008) ("Because the only relief [petitioner] sought was a writ of mandamus compelling action from state officials, not federal officials, the district court lacked jurisdiction to grant relief and did not err in dismissing the petition."). As such, Godhigh's Petition is due to be dismissed without prejudice.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1.   Godhigh's Petition for Writ of Mandamus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

2. The Clerk shall enter judgment dismissing the Petition without prejudice, terminating any pending motions, and closing the case.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of May, 2022.

MARCIA MORALES HOWARD
United States District Judge

Jax-1 5/3
c:
Mario Godhigh, #M28779